THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN BLAIR, :
:
Plaintiff, :
:
v. : 3:22-CV-1577
: (JUDGE MARIANI)
CHEYENNE M. EVERETT, et al., :
:
Defendants. :

FILED
SCRANTON
OCT 1 3 2022
PER _____
DEPUTY CLERK

ORDER

AND NOW, THIS _12th_ DAY OF OCTOBER, 2022, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **REMANDED** to the Court of Common Pleas of Wayne County.

2. The Clerk of Court is directed to **CLOSE** the federal action.

3. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Wayne County.

Robert D. Mariani
United States District Judge